UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASIL FITZPATRICK, SOLE PROPRIETOR d/b/a
ARTEMIS RECORDS,

              Plaintiffs,

    - against -

SONY-BMG MUSIC ENTERTAINMENT INC.,
RED DISTRIBUTIONS, INC., SHERIDAN
SQUARE ENTERTAINMENT, INC. d/b/a
ARTEMIS RECORDS, DANNIEL
GOLDBERG, SHERIDAN SQUARE
ENTERTAINMENT, LLC d/b/a ARTEMIS
RECORDS,

             Defendants.
------------------------------------------------------------X

NOTICE OF APPEARANCE

Case No.: 07-CV-2933

(Scheindlin, S)

To the Clerk and all parties of record:

    Enter my appearance as counsel in this case for, BASIL FITZPATRICK and SOLE PROPRIETOR d/b/a ARTEMIS RECORDS, Plaintiffs.

    I certify that I am admitted to practice in this Court.

Dated: August 29, 2007
       New York, NY

                               JOSEPH & SMARGIASSI, LLC

                               By: _____
                               John Smargiassi, Esq. (JS 3041)
                               Counsel for Plaintiff, Basil Fitzpatrick and
                               Sole Proprietor d/b/a Artemis Records
                               Two Rector Street, 21st Floor
                               New York, NY 10006
                               (212) 625-9949

To:

Steven K. Meier, Esq.
Meier Franzino & Scher, LLP
570 Lexington Avenue
New York, NY 10022
Attorney for Defendants
Sheridan Square Entertainment, Inc. and
Sheridan Square Entertainment, LLC.

Michele T. Mervis
Room 9027, Patrick Henry Building
601 D Street, NW
Washington DC 20044