UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASIL FITZPATRICK, SOLE PROPRIETOR,
d/b/a/ ARTEMIS RECORDS

           Plaintiff,

   - against -

SONY-BMG MUSIC ENTERTAINMENT, INC.,
RED DISTRIBUTION, INC., SHERIDAN SQUARE
ENTERTAINMENT, INC., d/b/a/ ARTEMIS
RECORDS, DANNY GOLDBERG, SHERIDAN
SQUARE ENTERTAINMENT, LLC d/b/a/
ARTEMIS RECORDS,

           Defendants,
------------------------------------------------------------X

07 Civ. 2933 (SAS)

RECEIVED CHAMBERS OF
JAN 09 2007
JUDGE SCHEINDLIN

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

      Steven Bruce Lehat, Esq., a member in good standing of the bars of the State of California, the United States District Court for the Central District of California, the District of Columbia and the United States Court of International Trade, having requested admission, pro hac vice, to represent, BASIL FITZPATRICK, SOLE PROPRIETOR, d/b/a/ ARTEMIS RECORDS, plaintiff in the above captioned action;

      Now upon the motion of John Smargiassi, Esq., is it hereby;

ORDERED that Steven Bruce Lehat, Esq., is admitted to practice, pro hac vice, in the above referenced proceeding in the United States District Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 9, 2008
New York, NY

_____
SHIRA A. SHEINDLIN, U.S. District Court Judge