

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BASIL FITZPATRICK, SOLE PROPRIETOR, d/b/a
ARTEMIS RECORDS

                              Plaintiff,

        07 Civ. 2933 (SAS)

- against -

        ~~PROPOSED~~
SONY-BMG MUSIC ENTERTAINMENT, INC., RED     SCHEDULING ORDER
DISTRIBUTION, INC., SHERIDAN SQUARE
ENTERTAINMENT, INC., d/b/a/ ARTEMIS RECORDS,
DANNY GOLDBERG, SHERIDAN SQUARE
ENTERTAINMENT, LLC d/b/a/ ARTEMIS RECORDS,

                              Defendants,
---------------------------------------------------------------X

       WHEREAS, the Court issued an Order for a Conference in accordance with Fed.
R.Civ. P. 16(b) on _____ (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

       NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    The conference is set for January 16, 2008 at 2:30 p.m.; appearances are: Steven B. Lehat for Plaintiff; Steven K. Meier and Tinamarie Franzoni for Defendants.

(2)    Plaintiff asserts that Defendants failed to perform a settlement they signed with Plaintiff; that Defendants failure excuses Plaintiff from being bound by said settlement, and that Defendants have infringed Plaintiff's trademark.

       Defendants assert that defendants have not infringed plaintiff's trademark; that by plaintiff's conduct and knowledge, he has waived any claims and/or rights to collect from defendants; that plaintiff's ability to recover against defendants is precluded and/or limited by his own culpable conduct; breach of agreement by Plaintiff; that Plaintiff's remedies, if any, are limited by the Sheridan Lawsuit

Settlement Agreement; Plaintiff's claims are barred by the applicable statute(s) of limitations;

(3) The parties submit the following scheduling order:

(a) Plaintiff intends to depose Danny Goldberg; the 30(b)(6) witness of Sheridan Square Acquisition, Inc.; the 30(b)(6) witness of Sheridan Square Entertainment, Inc.; the 30(b)(6) witness of Sheridan Square Entertainment, LLC; a corporate representative witness of Sony through its domestic subsidiary Red Distribution; a corporate representative witness of Sony International and a corporate representative witness of Bernard National Loan Investors, Ltd..

[handwritten: MAR APRIL MAY]

Defendant intends to depose Basil Fitzpatrick; Accountant of Plaintiff; Katherine Fitzpatrick; Faye Fitzpatrick; Michael Olsen; Adrian White;

(b) Initial discovery under Rule 26 of the FRCP shall be completed on or before February 12, 2008; the last date to add additional parties shall be May 23, 2008; the last date to amend pleadings shall be May 23, 2008.

[handwritten: 2/1" - 3/10 / respond / doc (interrog)]

(c) Expert reports will be supplied by December 18, 2008; expert depositions to be completed by January 20, 2008.

[handwritten: hold]

(d) Fact discovery is to be completed prior to ~~November 21~~ June 30, 2008.

(e) The date by which Plaintiff will supply its pre-trial order matters to Defendant is February ~~5~~, 2009.

(f) The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial is February 16, 2009.

(g) The date of the pre-trial conference shall be: July 10 at 4:30

2

(4) All discovery shall be per code.

(5) The parties have no known discovery disputes at this time.

(6) Plaintiff will introduce expert testimony concerning

(a) damages, (b) custom and practice in the trade, (c) marketing.

Defendant will introduce expert testimony concerning:

(a) damages, (b) custom and practice in the trade, (c) marketing, and (d) any other items raised by plaintiff's witness(s)

I. The anticipated length of trial is six (6) day jury. Jury Trial is demanded.

II. The Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conferences when justice so requires;

III. The names; addresses, phone numbers and signatures of counsel are as follows:

For Plaintiff:    Steven B. Lehat
895 Dove Street, Third Floor
Newport Beach, California 92660
Tel: (949) 786-6461

By: _Steven B. Lehat_ (JS)
Steven B. Lehat, Esq. (CA 92798)

For Plaintiff:    John Smargiassi, Esq. (JS 3041)
JOSEPH & SMARGIASSI
Rector Street, 21st Floor
New York, NY 1006
Tel: (212) 625-9949
Fax: (212) 625-9193

By: _[signature]_
John Smargiassi, Esq. (JS 3041)

3

|                | |
|----------------|---|
| For Defendant: | Steven K. Meier (SKM 1609) |
|                | Tinamarie Franzoni (TF0713) |
|                | MEIER, FRANZINO & SCHER, LLP |
|                | Attorneys for Defendants |
|                | Sheridan Square Entertainment, Inc., |
|                | Sheridan Square Entertainment, LLC. |
|                | And Daniel Goldberg |
|                | 570 Lexington Avenue, 26th Floor |
|                | New York, New York 10022 |
|                | Tel: (212) 759-9770 |
|                | Fax: (212) 644-2298 |

By: _____
   Steven K. Meier
   Tinamarie Franzoni

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
   U.S. District Court Judge

1/16/08

4