UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
BASIL FITZPATRICK,                  :
                                    :
                    Plaintiff,      :        ORDER
                                    :
        -against-                   :        07 Civ. 2933 (SAS)(MHD)
                                    :
SONY-BMG MUSIC                      :
ENTERTAINMENT et al.,               :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby **ORDERED** that a settlement conference has been

scheduled in the above-captioned action on **FRIDAY, MARCH 7, 2008**

**at 2:00 PM**, at which time you are directed to appear in Courtroom

17D, 500 Pearl Street, New York, New York 10007-1312.  Any

requests for adjournment of this scheduled conference must be in

writing, with copies to all other parties, and must be preceded

by reasonable efforts by the requesting party to obtain the

consent of those parties.

**DATED:  New York, New York**
        **January 30, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

John Smargiassi, Esq.
Joseph & Smargiassi, LLC
Two Rector Street, 21st Floor
New York, NY 10006

Steven Lehat, Esq.
895 Dove Street
3rd Floor
Newport Beach, CA 92660

Tinamarie Franzoni, Esq.
Meier Franzino & Scher, LLP
570 lexington Avenue
New York, NY 10022

Steven K. Meier, Esq.
Meier Franzino & Scher, LLP
570 lexington Avenue
New York, NY 10022

Michael T. Mervis, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036