```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
BASIL FITZPATRICK,                  :
                                    :
                Plaintiff,          :         ORDER
                                    :
        -against-                   :    07 Civ. 2933 (SAS)(MHD)
                                    :
SONY-BMG MUSIC                      :
ENTERTAINMENT et al.,               :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

5/7/08

It is hereby **ORDERED** that the conference scheduled in the above-captioned action on TUESDAY, MAY 6, 2008 at 2:00 PM, has been rescheduled to **THURSDAY, JUNE 26, at 2:00 PM,** at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
       May 6, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

John Smargiassi, Esq.
Joseph & Smargiassi, LLC
Two Rector Street, 21st Floor
New York, NY 10006

Steven Lehat, Esq.
895 Dove Street
3rd Floor
Newport Beach, CA 92660

Tinamarie Franzoni, Esq.
Meier Franzino & Scher, LLP
570 lexington Avenue
New York, NY 10022

Steven K. Meier, Esq.
Meier Franzino & Scher, LLP
570 lexington Avenue
New York, NY 10022

Michael T. Mervis, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036