UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BASIL FITZPATRICK, SOLE PROPRIETOR, d/b/a
ARTEMIS RECORDS

                           Plaintiff,

- against -                                07 Civ. 2933 (SAS)

SONY-BMG MUSIC ENTERTAINMENT, INC., RED      **ORDER**
DISTRIBUTION, INC., SHERIDAN SQUARE
ENTERTAINMENT, INC., d/b/a/ ARTEMIS RECORDS,
DANNY GOLDBERG, SHERIDAN SQUARE
ENTERTAINMENT, LLC d/b/a/ ARTEMIS RECORDS,

                           Defendants,
------------------------------------------------------------------X

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/3/08]

       Pursuant to a telephone conference held on August 28, 2008, the following Order has been adopted by the Court:

1. The deposition upon oral examination of Plaintiff, Basil Fitzpatrick shall take place on September 17, 2008 at 9:30 a.m. at a location to be agreed upon by the parties;

2. The deposition upon oral examination of Defendant, Sheridan Square Entertainment, Inc., shall take place on September 18, 2008 at 9:30 a.m. at a location to be agreed upon by the parties;

3. The deposition upon oral examination of Defendant, Daniel Goldberg shall take place on September 19, 2008 at 9:30 a.m. at a location to be agreed upon by the parties;

4. The pre-trial conference is scheduled for October 24, 2008 at 4:30 p.m.

Dated: September 3, 2008

                                                   SO ORDERED:

                                                   The Honorable Shira A. Scheindlin
                                                   U.S. District Court Judge