UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
BASIL FITZPATRICK,                            :
                                              :     **ORDER**
            Plaintiff,                        :
                                              :     07 Civ. 2933 (SAS)
      - against -                             :
                                              :
SHERIDAN SQUARE                               :
ENTERTAINMENT, INC., et al.,                  :
                                              :
            Defendants.                       :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is directed to place this case on the Court's Electronic Filing System ("ECF") forthwith. Counsel are directed to apply for an ECF account with the Court, if they have not already done so.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 9, 2009

## - Appearances -

**For Plaintiff:**

John Smargiassi, Esq.
Joseph & Smargiassi, LLC
2 Rector Street - 21st Floor
New York, NY 10006
(212) 625-9949

**For Defendants:**

Tina Marie Franzoni, Esq.
Meier Franzoni & Scher LLP
570 Lexington Avenue - 26th Floor
New York, NY 10022
(212) 759-9770